AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Patricio Abraham VASQUEZ-RAMOS,<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 13-8381-JMH<br>)<br>)<br>) |

FILED by _____ D.C.

AUG 26 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 17, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See attached affidavit of United States Immigration and Customs Enforcement, United States Department of Homeland Security, Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

_____
Complainant's signature

ICE D/O Andy Korzen
_Printed name and title_

_I find probable cause._
Sworn to before me and signed in my presence.

Date: __08/26/2013__

_____
Judge's signature

City and state: __West Palm Beach, Florida__

U.S. Magistrate Judge James M. Hopkins
_Printed name and title_

## UNITED STATES v. PATRICIO ABRAHAM VASQUEZ-RAMOS
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Patricio Abraham VASQUEZ-RAMOS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 17, 2013, an individual identifying himself as Patricio Abraham VASQUEZ was arrested in Palm Beach County, Florida on charges of aggravated assault with deadly weapon and simple battery- touch or strike. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Patricio Abraham VASQUEZ-RAMOS.

1

4.  On or about August 20, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from an individual identifying himself as Patricio Abraham VASQUEZ. Post-*Miranda*, individual admitted that his correct name is Patricio Abraham VASQUEZ-RAMOS, he also admitted to being native of Guatemala. Patricio Abraham VASQUEZ-RAMOS further admitted to last entering into the United States in July 2011, after being removed from the United States in May 2011. Patricio Abraham VASQUEZ-RAMOS admitted that he did not seek permission from the U.S. government to re-enter the United States.

5.  On or about August 22, 2013, your affiant received the immigration alien file assigned to Patricio Abraham VASQUEZ-RAMOS. Records within alien file assigned to Patricio Abraham VASQUEZ-RAMOS show that he is a native and citizen of Guatemala. Records further show that on or about September 5, 1996, Patricio Abraham VASQUEZ-RAMOS was ordered removed from the United States. The Order of Removal was executed on or about July 10, 1997, whereby Patricio Abraham VASQUEZ-RAMOS was removed from the United States to Guatemala. Thereafter, Patricio Abraham VASQUEZ-RAMOS re-entered into the United States illegally and was removed for the second time on or about May 4, 2011.

6.  Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about August 17, 2013, that is, Patricio

Abraham VASQUEZ-RAMOS was the same person previously removed from the United States on or about July 10, 1997 and May 4, 2011.

7.     On or about August 22, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A073 721 161 for the alien identified as Patricio Abraham VASQUEZ-RAMOS, verifying that, after a diligent search, no record was found to exist indicating that Patricio Abraham VASQUEZ-RAMOS had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

8.     Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 17, 2013, Patricio Abraham VASQUEZ-RAMOS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this  26  day of August, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8381-JMH

IN RE:

CRIMINAL COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *[signature]*

STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Stephen.Carlton@usdoj.gov